# EX. A

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N. Main St., Edwardsville, IL  62025
(618) 296-4464
madisoncountycircuitclerkIL.org



| | |
|---|---|
| BRENDA FOX | CASE NO.    2019L 000595 |
| Plaintiff, | |
| vs. | |
| P.A.M. TRANSPORT, INC. and ABDELALI BARAZZOUK, | |
| Defendants. | |

**DEFENDANT:   P.A.M. TRANSPORT, INC.,** *Registered Agent: Angela R. Clark, Hwy 412 West, Tontitown, AR  72770*

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp .

MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois.

4/29/2019 , 2019.

MARK VON NIDA
CLERK OF THE CIRCUIT COURT
BY: /s/ Terianne Edwards
Deputy Clerk

---

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
MATTHEW R. CHAPMAN
BECKER SCHROADER & CHAPMAN PC
3673 Highway 111, P.O. Box 488
Granite City, IL 62040
(618) 931-1100
Date of Service: _____, 20___.
(To be inserted by officer on the copy left with the defendant or other person)



RECEIVED MAY 02 2019 — WASHINGTON CO. SHERIFF'S OFFICE



ORIGINAL

***EFILED***
Case Number 2019L 000595
Date: 4/29/2019 11:52 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| BRENDA FOX, | ) | 2019L 000595 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-L-_____ |
| | ) | |
| P.A.M. TRANSPORT, INC., and | ) | |
| ABDELALI BARAZZOUK, | ) | |
| | ) | |
| Defendants. | ) | |

SERVE:

P.A.M. TRANSPORT, INC.
*Registered Agent:*
Angela R. Clark
HWY 412 West
Tontitown, AR 72770

ABDELALI BARAZZOUK
5870 Pickering Street
Virginia Beach, VA  23462

## **COMPLAINT**

### COUNT I

COMES NOW the Plaintiff, BRENDA FOX, by and through her undersigned attorneys, Becker, Schroader & Chapman, P.C., and for Count I of her Complaint against Defendant, P.A.M. TRANSPORT, INC., states and alleges as follows:

1. That at all relevant times Defendant, P.A.M. TRANSPORT, INC., was engaged in the business of over-the-road trucking, with its principal place of business in Arkansas.

2. That at all relevant times Defendant, ABDELALI BARAZZOUK, was an employee and/or agent of Defendant, P.A.M. TRANSPORT, INC., and was at all relevant times mentioned herein acting within the scope of said employment and/or agency.

3. On July 23, 2018, Illinois State Route 203 was and is an open and public road located in Madison, Madison County, Illinois.

4. At said time and place, the Plaintiff, was operating a 2010 Dodge Journey traveling eastbound upon and along said roadway when Plaintiff was stopped at a traffic light.

5. At said time and place, the Defendant, ABDELALI BARAZZOUK, was an employee and/or agent of Defendant, P.A.M. TRANSPORT, INC., and in such capacity was operating a 2018 A26 International tractor trailer, when said Defendant caused the vehicle he was operating to strike Plaintiff's vehicle.

6. It then and there became and was the duty of the Defendant, P.A.M. TRANSPORT, INC., acting through its employee and/or agent, ABDELALI BARAZZOUK, to exercise reasonable care and caution in the operation of said vehicle so as not to injure the Plaintiff or others rightfully and lawfully upon said public road.

7. That at said time and place, the Defendant, P.A.M. TRANSPORT, INC., by and through its employee and/or agent, ABDELALI BARAZZOUK, in disregard of its aforesaid duty, was then and there guilty of one or more of the following negligent acts or omissions which individually or in concert caused serious and permanent injury to the Plaintiff, as hereinafter more fully set out:

   a. Failed to keep a careful lookout for other traffic, including the vehicle in which Plaintiff was operating;

   b. Failed to properly make a turn in violation of 625 ILCS 5/11-804;

   c. Failed to slow down, stop, swerve or turn his vehicle so as to have avoided the collision with the plaintiff's vehicle; and

   d. Drove his vehicle in such a manner as to cause it to strike Plaintiff's vehicle.

8. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, P.A.M. TRANSPORT, INC., by and through its employee and/or agent, ABDELALI BARAZZOUK, caused the aforesaid collision with Plaintiff's vehicle which proximately caused the Plaintiff to sustain severe, permanent and disabling injuries to her neck, back, shoulder, left leg, left hip and the nerves, tissues and tendons thereof; that as a further result of her injuries, the Plaintiff has in the past and will in the future suffer great physical pain and suffering; that as a further result of her injuries, the Plaintiff has in the past and will in the future be required to expend large sums of money securing hospital and medical treatment for her injuries; that as a further result of her injuries, the Plaintiff has in the past and will in the future suffer lost wages.

WHEREFORE, the Plaintiff, BRENDA FOX, prays for judgment against the Defendant, P.A.M. TRANSPORT, INC., in a sum of money in excess of FIFTY THOUSAND DOLLARS, ($50,000.00) but less than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which will fairly, adequately and fully compensate her for her injuries as determined at the time of trial, and for her costs of suit.

## COUNT II

Comes now the Plaintiff, BRENDA FOX, by and through her undersigned attorneys, Becker, Schroader & Chapman, P.C., and for Count II of her Complaint against Defendant, ABDELALI BARAZZOUK, states and alleges as follows:

1. On July 23, 2018, Illinois State Route 203 was and is an open and public road located in Madison, Madison County, Illinois.

2. At said time and place, the Plaintiff, was operating a 2010 Dodge Journey traveling eastbound upon and along said roadway when Plaintiff was stopped at a traffic light.

3. At said time and place, the Defendant, ABDELALI BARAZZOUK, was an employee and/or agent of Defendant, P.A.M. TRANSPORT, INC., and in such capacity was operating a 2018 A26 International tractor trailer, when said Defendant caused the vehicle he was operating to strike Plaintiff's vehicle.

4. It then and there became and was the duty of the Defendant, ABDELALI BARAZZOUK, acting as an employee or agent of P.A.M. TRANSPORT, INC. to exercise reasonable care and caution in the operation of said vehicle so as not to injure the Plaintiff or others rightfully and lawfully upon said public road.

5. That at said time and place, the Defendant, ABDELALI BARAZZOUK, acting as an employee or agent of P.A.M. TRANSPORT, INC., in disregard of his aforesaid duty, was then and there guilty of one or more of the following negligent acts or omissions which individually or in concert caused serious and permanent injury to the Plaintiff, as hereinafter more fully set out:

   a. Failed to keep a careful lookout for other traffic, including the vehicle in which Plaintiff was operating;

   b. Failed to properly make a turn in violation of 625 ILCS 5/11-804;

   c. Failed to slow down, stop, swerve or turn his vehicle so as to have avoided the collision with the Plaintiff's vehicle; and

   d. Drove his vehicle in such a manner as to cause it to strike Plaintiff's vehicle.

6. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, ABDELALI BARAZZOUK, caused the aforesaid collision with Plaintiff's vehicle which proximately caused the Plaintiff to sustain severe, permanent and disabling injuries to her neck, back, shoulder, left leg, left hip and the nerves, tissues and tendons thereof; that as a further

result of her injuries, the Plaintiff has in the past and will in the future suffer great physical pain and suffering; that as a further result of her injuries, the Plaintiff has in the past and will in the future be required to expend large sums of money securing hospital and medical treatment for her injuries; that as a further result of her injuries, the Plaintiff has in the past and will in the future suffer lost wages.

WHEREFORE, the Plaintiff, BRENDA FOX, prays for judgment against the Defendant, ABDELALI BARAZZOUK, in a sum of money in excess of FIFTY THOUSAND DOLLARS, ($50,000.00), but less than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which will fairly, adequately and fully compensate her for her injuries as determined at the time of trial, and for her costs of suit.

BECKER, SCHROADER & CHAPMAN, P.C.

BY: /s/ Matthew R. Chapman
Matthew R. Chapman, 50594
3673 State Route 111
P. O. Box 488
Granite City, IL  62040
mrc@beckerinjurylaw.com
(618) 931-1100 – telephone
(618) 931-1671 - telefax

***EFILED***
Case Number 2019L 000595
Date: 4/29/2019 11:52 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| BRENDA FOX, ) | |
| ) | |
| Plaintiff, ) | 2019L 000595 |
| ) | |
| vs. ) | No. 19-L-_____ |
| ) | |
| P.A.M. TRANSPORT, INC. and ) | |
| ABDELALI BARAZZOUK, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT

Matthew R. Chapman, being duly sworn, deposes and states:

1. That he is one of the attorneys for the Plaintiff in this case.

2. Based upon an investigation of the facts and circumstances of the negligence alleged in the complaint, and the damages sustained by the plaintiff, he reasonably believes the Plaintiff's cause of action is in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

_____
Matthew R. Chapman, #6271602

Subscribed and sworn to before me this 29 day of April, 2019.

_____
NOTARY PUBLIC

OFFICIAL SEAL
LINDA D WALKER
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07-19-2021